UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE CHRISLU AND MARILYN CHRISLU,

    Plaintiffs,                          CASE NO.

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

### VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, GEORGE CHRISLU AND MARILYN CHRISLU ("Plaintiffs"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, CAPITAL MANAGEMENT SERVICES, LP, ("Defendant"), allege and affirmatively state as follows:

#### INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

#### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiffs are natural persons who reside in Tampa, Hillsborough County, Florida and are obligated or allegedly obligated to pay a debt and are "consumers" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiffs are informed, believe, and thereon allege, that Defendant is a national company with a business office in Buffalo, New York.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiffs are informed, believe, and thereon allege, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. In November 2011, Defendant placed collection calls to Plaintiffs regarding an alleged debt originally owed to Discover for a personal credit card.

10. In November 2011, Defendant called Plaintiffs on their home telephone, telephone number 813-839-70XX.

11. As a result of the November 2011 telephone conversation Plaintiff had with Defendant, Plaintiffs sent Defendant two Cease and Desist demands, which were received by Defendant via certified mail on November 17, 2011 and November 18, 2011, respectively. *See* Exhibit A – Letters and Confirmations of Receipt.

12. Despite having received their cease and desist demands, Defendant continued calling Plaintiffs on various dates including: November 18, 2011, November 30, 2011 and on December 1, 2011.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

    a) Defendant violated §1692c(c) of the FDCPA by calling Plaintiffs after receiving their cease and desist demands.

WHEREFORE, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, GEORGE AND MARILYN CHRISLU, hereby demands trial by jury in this action.

RESPECTFULLY SUBMITTED,

By: *Shireen Hormozdi*
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 802-0021
Attorney for Plaintiffs
FBN: 0882461