UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE CHRISLU AND MARILYN CHRISLU,

    Plaintiffs,                                      CASE NO. 8:12-cv-01680-MSS-AEP

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

GEORGE CHRISLU AND MARILYN CHRISLU (Plaintiff's), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, CAPITAL MANAGEMENT SERVICES, LP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
    Shireen Hormozdi, Esq.
    FBN: 882461
    KROHN & MOSS, LTD.
    10474 Santa Monica Blvd, Suite 401
    Los Angeles, CA 90025
    T: (323) 988-2400 ext. 230
    F: (866) 802-0021
    shormozdi@consumerlawcenter.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                              s/ Shireen Hormozdi
                                              Shireen Hormozdi
                                              Attorney for Plaintiff